IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TEDDY MORRIS                                                                PLAINTIFF

v.                                    NO.  3:05CV00210 JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                              DEFENDANT

<u>JUDGMENT</u>

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED this 9th day of December, 2005.

_____
UNITED STATES MAGISTRATE JUDGE